IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| APPTRICITY CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 12 - 80 C |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, corporate party Apptricity Corporation hereby provides the following disclosure:

Plaintiff Apptricity Corporation is a nongovernmental corporate party in this action. No publicly-held corporation owns 10 percent or more of Apptricity Corporation's stock.

Respectfully Submitted,

*Attorneys for Plaintiff*

/s/ D. Joe Smith
D. Joe Smith
*Counsel of Record*
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: joe.smith@wilmerhale.com

Todd R. Steggerda
*Of Counsel*
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: todd.steggerda@wilmerhale.com

*Counsel for Apptricity Corporation*

Dated: February 7, 2012