## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| APPTRICITY CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>                    Defendant. | No. 12-80C<br><br>(Judge Wheeler) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the rules of this Court it is hereby stipulated and agreed by the parties that plaintiff's action against the United States shall be, and hereby is, dismissed with prejudice and without costs or fees to either party.

|  | Respectfully submitted, |
|---|---|
|  | STUART F. DELERY<br>Assistant Attorney General |
|  | BRYANT G. SNEE<br>Acting Director |
|  | s/ Steven J. Gillingham (by D. Kinner)<br>STEVEN J. GILLINGHAM<br>Assistant Director |
| s/ D. Joe Smith<br>D. JOE SMITH<br>Counsel of Record<br><br>TODD R. STEGGERDA<br>Of Counsel<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>Tel.  (202) 663-6000<br>Fax.  (202) 663-6363<br>E-mail.  joe.smith@wilmerhale.com | s/ Devin A. Wolak<br>DEVIN A. WOLAK<br>SCOTT SLATER<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Tel.  (202) 616-0170<br>Fax.  (202) 305-7644<br>E-mail.  devin.wolak@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendant |

November 20, 2013